AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

EMMA DONALDSON

V.

WYETH, and its division, WYETH PHARMACEUTICALS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06cv671-WHA

TO: (Name and address of Defendant)

WYETH
c/o Agent for Service of Process:
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RON M. FEDER, ESQUIRE
DAVIS & FEDER, P. A.
1712 15TH STREET, SUITE 300
P. O. DRAWER 6829
GULFPORT, MS 39506

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

7/28/06

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

EMMA DONALDSON

V.

WYETH, and its division, WYETH
PHARMACEUTICALS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06 cv 671-WHA

TO: (Name and address of Defendant)

WYETH PHARMACEUTICALS, INC.
c/o Agent for Service of Process:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RON M. FEDER, ESQUIRE
DAVIS & FEDER, P. A.
1712 15TH STREET, SUITE 300
P. O. DRAWER 6829
GULFPORT, MS 39506

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              7/28/06

CLERK                                                         DATE

_William C. P_____
(By) DEPUTY CLERK