

**DOCKET NO. 1507**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

4:03CV01507 WRW

**CONDITIONAL TRANSFER ORDER (CTO-77)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,328 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

## SCHEDULE CTO-77 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 06-671 | Emma Donaldson v. Wyeth, et al. |
| | |
| **FLORIDA MIDDLE** | |
| FLM 5 06-207 | Bernice Acard v. Wyeth, et al. |
| FLM 8 06-1150 | Ruth H. Eadie v. Wyeth, et al. |
| FLM 8 06-1151 | Patricia M. Colbert v. Wyeth, et al. |
| FLM 8 06-1230 | Marie Woody v. Wyeth, et al. |
| FLM 8 06-1232 | Elizabeth Keener v. Wyeth, et al. |
| FLM 8 06-1233 | Sandra Sgroe v. Wyeth, et al. |
| FLM 8 06-1310 | Elizabeth A. Martin v. Wyeth, et al. |
| FLM 8 06-1373 | Ruth Fish v. Wyeth, Inc., et al. |
| FLM 8 06-1389 | Charlene Schilk v. Wyeth, Inc., et al. |
| FLM 8 06-1390 | Bonnie Bikos v. Wyeth, Inc., et al. |
| | |
| **FLORIDA NORTHERN** | |
| FLN 4 06-331 | Sharon Lonkani v. Wyeth |
| | |
| **FLORIDA SOUTHERN** | |
| FLS 2 06-14175 | Alice Morgan v. Wyeth, et al. |
| FLS 2 06-14187 | Sylvia C. Wilson v. Wyeth, et al. |
| FLS 9 06-80620 | Barbara Winters, et al. v. Wyeth, et al. |
| FLS 9 06-80650 | Kathleen Dougherty v. Wyeth, et al. |
| FLS 9 06-80670 | June Coenen v. Wyeth, Inc., et al. |
| FLS 9 06-80708 | Linda Schaet v. Wyeth, et al. |
| FLS 9 06-80709 | Lila Baurmash v. Wyeth, Inc., et al. |
| | |
| **MINNESOTA** | |
| MN 0 06-2088 | Marlys K. Kaiser, et al. v. Wyeth, Inc., et al. |
| MN 0 06-2399 | Ellen Grosser v. Wyeth, et al. |
| MN 0 06-2400 | Eleanor Cristall v. Wyeth, et al. |
| MN 0 06-2474 | Mary Margaret Mitchell, et al. v. Wyeth, et al. |
| MN 0 06-2513 | Bessie Mae Steele v. Wyeth, et al. |
| MN 0 06-2549 | Mary Stewart v. Wyeth, et al. |
| MN 0 06-2550 | Christine Straessle v. Wyeth, et al. |
| MN 0 06-2551 | Eleanor Knight v. Wyeth, et al. |
| MN 0 06-2552 | Molly Ann Morris v. Wyeth, et al. |
| MN 0 06-2554 | Ernestine Kirkland v. Wyeth, et al. |
| MN 0 06-2556 | Shirley A. Hunter, et al. v. Wyeth, et al. |
| MN 0 06-2565 | Barbara Compton v. Wyeth, et al. |
| MN 0 06-2567 | Betty A. Green v. Wyeth, et al. |
| MN 0 06-2568 | Mary Edith Vanatta v. Wyeth, et al. |
| MN 0 06-2570 | Elaine D'Agostino v. Wyeth, et al. |
| MN 0 06-2572 | Shirley M. Gass v. Wyeth, et al. |
| MN 0 06-2574 | Margaret Puzzuole v. Wyeth, et al. |
| MN 0 06-2598 | Marie Neubarth v. Wyeth, et al. |
| MN 0 06-2603 | Beverly C. Huff v. Wyeth, et al. |
| MN 0 06-2604 | Sandra Bond v. Wyeth, et al. |

SCHEDULE CTO-77 - TAG-ALONG ACTIONS    MDL-1507    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 06-2615 | Kathleen Wilson v. Wyeth, et al. |
| MN 0 06-2616 | Mary Lou Pacheco v. Wyeth, et al. |
| MN 0 06-2617 | Areti M. Karell v. Wyeth, et al. |
| MN 0 06-2618 | Joyce Zimmerman v. Wyeth, et al. |
| MN 0 06-2621 | Jeannie L. Growden v. Wyeth, et al. |
| MN 0 06-2623 | Phillis Staton v. Wyeth, et al. |
| MN 0 06-2624 | Freda Campbell v. Wyeth, et al. |
| MN 0 06-2649 | Yvonne Totaro v. Wyeth, et al. |
| MN 0 06-2650 | Sherry Johnson v. Wyeth, et al. |
| MN 0 06-2669 | Marcha S. Johnson v. Wyeth, et al. |
| MN 0 06-2670 | Christine Middleton v. Wyeth, et al. |
| MN 0 06-2678 | Joyce Anderson v. Wyeth, et al. |
| MN 0 06-2682 | Lois M. Ross v. Wyeth, et al. |
| MN 0 06-2749 | Judith Hayes v. Wyeth, et al. |
| MN 0 06-2751 | Harriet Beavers, et al. v. Wyeth, et al. |
| MN 0 06-2802 | Claudia B. Kinder v. Wyeth, et al. |
| MN 0 06-2807 | Janet G. Bright v. Wyeth, et al. |
| MN 0 06-2812 | Lois Baker, et al. v. Wyeth, et al. |
| MN 0 06-2816 | Nancy A. Balis, et al. v. Wyeth, et al. |
| MN 0 06-2821 | Marcella Newman, et al. v. Wyeth, et al. |
| MN 0 06-2823 | Linda Armato, et al. v. Wyeth, et al. |
| MN 0 06-2852 | Sandra Anthony v. Barr Laboratories, Inc., et al. |
| MN 0 06-2930 | Linda Thrasher v. Wyeth, et al. |
| MN 0 06-2937 | Lois W. Brown, et al. v. Wyeth, et al. |
| MN 0 06-3010 | Edith Roberts v. Wyeth, et al. |
| MN 0 06-3044 | Arnold Klein, et al. v. Wyeth, et al. |
| MN 0 06-3060 | Jane Scherer, et al. v. Wyeth, et al. |
| MN 0 06-3061 | Joyce Kagay, et al. v. Wyeth, et al. |
| MN 0 06-3066 | Anita Keith v. Wyeth, et al. |
| MN 0 06-3092 | Regina Sponza v. Wyeth, et al. |
| MN 0 06-3094 | Carolyn McNeill v. Wyeth, et al. |
| MN 0 06-3121 | Patricia Brickley Sparks, et al. v. Wyeth, et al. |
| MN 0 06-3136 | Elizabeth Luebberke v. Wyeth, et al. |
| MN 0 06-3190 | Herlinda Murguia v. Wyeth, et al. |

NEBRASKA

| NE 8 06-287 | Ruth Kruse, et al. v. Wyeth, Inc., et al. |
|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

2006 SEP 22 A 10: 15

**JAMES W. McCORMACK**
**CLERK**

501-604-5351
FAX 501-604-5321

September 19, 2006

Debra P. Hackett
U. S. District Court Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

   Re:   MDL No. 1507 - In re Prempro Products Liability Litigation
         E.D. AR Master Case Number 4:03CV01507 WRW
         Emma Donaldson v. Wyeth, et al - Your Case No. 1:06-671

Dear Ms. Hackett:

   A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on September 15, 2006. Enclosed is a certified copy of that order directing the transfer of your civil case to the Eastern District of Arkansas. It is assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

   Copies of original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and a certified copy of the docket entries in the case listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

                                Sincerely,

                                *[signature]*
                                JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:   Hon. William R. Wilson, Jr.