**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

James W. McCormack
Clerk of Court
United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, Arkansas 72201-3325

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *A. D. Edgerson* ☑ Agent ☐ Addressee

B. Received by ( Printed Name )
A.D. EDGERSON

C. Date of Delivery
9-26-06

ldress different from item 1? ☐ Yes
delivery address below: ☐ No

☑ Certified Mail  ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
1:06cv671-WHA (entire file MDL #3)
7005 1160 0001 2962 4745

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540